AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

JAMES R. HART
1 Moses Lane
Essex, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04M-1045-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June and July 2003__ in __Essex__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

having devised a scheme or artifice to defraud or to obtain money or property by means of false or fraudulent pretenses, representation or promises, transmit or cause to be transmitted by means of wire in interstate commerce a writing, sign, signal, picture or sound for the purpose of executing such scheme or artifice

in violation of Title __18__ United States Code, Section(s) __1343__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
                                      Official Title
facts:

See Attached Affidavit of Kimberly A. Dowd

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

03-16-2004                                      at            Boston, Massachusetts
Date                                                          City and State

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE                  Judith Gail Dein
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.