AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

JAMES R. HART

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10119 MEL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JAMES R. HART**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

having devised a scheme or artifice to defraud or to obtain money or property by means of false or fraudulent pretenses, representation or promises, transmiting or cause to be transmitted by means of wire in interstate commerce a writing, sign, signal, picture or sound for the purpose of executing such scheme or artifice.

in violation of Title 18 United States Code, Section(s) 1343

Name of Issuing Officer

Signature of Issuing Officer

Supervisor
Title of Issuing Officer

4-14-04 Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY USSS |
| DATE RECEIVED | NAME AND ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/21/04 | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.