UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10119-MEL

UNITED STATES OF AMERICA

v.

JAMES HART

**FURTHER ORDER ON EXCLUDABLE TIME**

June 8, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 8, 2004 through July 22, 2004,

that being the period between the Initial Status Conference and the Final Status Conference.

Based upon the prior order of the court dated April 26, 2004, and this order, at the time of the Final Status Conference on July 22, 2004, there will be fifteen (15) days of non-excludable time under the Speedy Trial Act (May 24, 2004 - June 7, 2004) and fifty-five (55) days will remain under the Speedy Trial Act in which this case must be tried.

                                              / s / Judith Gail Dein
                                              JUDITH GAIL DEIN
                                              United States Magistrate Judge