UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10119-MEL

UNITED STATES OF AMERICA

v.

JAMES R. HART

### ORDER

This court has received correspondence dated June 6, 2004 directly from the defendant. As the defendant is represented by counsel, a copy of the correspondence has been sent to his counsel for further action, if appropriate. Defendant's counsel shall be prepared to address the issues raised by the correspondence at the next status conference, which is scheduled for July 22, 2004 at 10:00 A.M. Counsel shall also provide the defendant with a copy of this Order.

DATED: July 1, 2004

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge