UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10119-MEL

UNITED STATES OF AMERICA

v.

JAMES R. HART

**ORDER**

This court is in receipt of correspondence from the defendant dated July 29, 2004. As Mr. Hart is represented by counsel, the letter has been forwarded to counsel for review and action if counsel believes further action, by way of motion or otherwise, is warranted.

      / Judith Gail Dein
      Judith Gail Dein
DATED: August 5, 2004      United States Magistrate Judge