UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10119-MEL

UNITED STATES OF AMERICA

v.

JAMES R. HART

**FURTHER ORDER ON EXCLUDABLE TIME**

October 26, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

October 26, 2004 through December 6, 2004

that being the period between the Interim Status Conference and the next Status Conference.

Based upon the prior orders of the court dated April 26, 2004, June 8, 2004, July 22, 2004, September 14, 2004 and this order, at the time of the Status Conference on December 6, 2004, there will be fifteen (15) days of non-excludable time under the Speedy Trial Act (May 24, 2004 - June 7, 2004) and fifty-five (55) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge