UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>JAMES R. HART )  | CRIMINAL NO. 04-10119-MEL |

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

    Defendant moves to continue that status conference scheduled for today, January 31, 2005, until Friday, February 18, 2005 at 10:15 a.m.  As reason therefor, counsel states that the parties are involved in plea negotiations and need additional time in order to resolve some issues and to ascertain whether or not the case will result in a change of plea.

    The government, per Assistant United States Attorney Seth P. Berman, assents to the allowance of this motion.

    JAMES R. HART
    By his attorney,

    /s/ Catherine K. Byrne

    Catherine K. Byrne
      B.B.O. #543838
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061

Date:  January 31, 2005