UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10119-MEL

UNITED STATES OF AMERICA

v.

JAMES R. HART

## FURTHER ORDER ON EXCLUDABLE TIME

January 31, 2005

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for January 31, 2005. The defendant, with the assent of the government, has requested a continuance in order to continue discussions regarding a potential pretrial resolution of this matter. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 31, 2005 - February 18, 2005

that being the time between the Interim Status Conference as originally scheduled and the Conference as rescheduled.

**The Interim Status Conference has been rescheduled for February 18, 2005 at 10:15 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

                                          / s / Judith Gail Dein
                                          JUDITH GAIL DEIN
                                          United States Magistrate Judge