UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10119-MEL

UNITED STATES OF AMERICA

v.

JAMES R. HART

**FINAL STATUS REPORT**

February 18, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Friday, February 18, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this Court enters the following report, in accordance with Local Rule 116.5(D):

1. While a plea agreement is likely in this matter, no final agreement has been reached.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant does not intend to file any dispositive motions.

5. Based upon the prior orders of the court dated April 26, 2004, June 8, 2004, July 22, 2004, September 14, 2004, October 26, 2004, December 6, 2004 and January 31, 2005, there are fifteen (**15**) days of non-excludable time under the Speedy Trial Act (May 24, 2004 - June 7, 2004) and fifty-five (**55**) days remaining under the Speedy Trial Act in which this case must be tried.

6. It is estimated that if the case goes to trial, the trial will last approximately ten (10) days.

7.  The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

          / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge