United States District Court
District of Massachusetts

FILED
CLERKS OFFICE
2005 MAY -2 P 1:16
U.S. DISTRICT COURT
DISTRICT OF MASS

United States of America ) Crim No:
V.                       ) 04-cr-10119-MEL
James R. Hart            )

## Motion to dismiss counsel and appoint new counsel

The defendant, James R. Hart, respectfully requests this Honorable Court to dismiss my Court Appointed Attorney, Catherine K. Byrne, and appoint new counsel pursuant to Criminal Justice Act because of irreconcilable differences between counsel and defendent regarding "Disagreement in Case Strategy"

See: Attached Affidavit in Support of this Motion

Date: April 29, 2005

Respectfully Submitted
James R. Hart
James R. Hart
26 Long Pond Road
Plymouth, MA. 02360