United States District Court
District of Massachusetts

United States of America ) Crim No:
V.                       ) 04-cr-10119-MEL
James R. Hart            )

Motion to inspect Physical Evidence

Now comes the Defendant, pursuant to the Criminal Justice Act and requests the Government to allow the defendant through his new counsel to forthwith inspect, discover, and copy if possible any relevant and material evidence within the possesion, custody, or control of the prosecutor or persons under his/her direction.

As reason for this request the defendant say that this discovery is provided for in the Criminal Justice Act, and necessary to the proper preparation of the defense of this matter so that evidence favorable to the defense will not be lost or become unavailable.

Respectfully Submitted

James R. Hart

Date: April 29, 2005

James R. Hart
26 Long Pond Road
Plymouth, MA. 02360