United States District Court
District of Massachusetts

FILED
BKS OFFICE
2005 MAY -2 P 1:17
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America ) Crim No:
V.                        )  04-cr-10119-MEL
James R. Hart             )

## Motion For a "Bill of Particulars"

Now comes the Defendant, pursuant to US v Robertson, 15 F.3d. 832, 873 (7th) (1994) and requests the Government to produce him with a "Bill of Particulars"

As reasons thereof, the defendants says that he still has open State charges that stem from this indictment and he has double-jeopardy concerns.

Respectfully Submitted

James R. Hart

Date: April 29, 2005

James R. Hart
26 Long Pond Rd.
Plymouth, MA. 02360