## Certificate of Service

Under the pains and penalties of perjury, I certify that a copy of the Four motions has been forwarded via First Class mail to the following:

1. <u>Clerk of Courts</u>: One Courthouse Way
   Boston, MA. 02210

2. <u>District Attorney</u>: Offices
   One Courthouse Way
   Boston, MA. 02210

3. <u>Attorney</u>: Catherine Byrne
   Federal Defender Services
   408 Atlantic Avenue
   Boston, MA. 02110

Date: April 29, 2005

_____
James R. Hart
26 Long Pond Road
Plymouth, MA. 02360