ATTORNEY ASSIGNMENT REQUEST

Defendant: James R. Hart

Case & Defendant No.
04-cr-10119-001

Date of Appointment: 04/27/04        Appointed by: Magistrate Dein

Attorney Withdrawn Catherine K Byrne    Date of Withdrawal 05/04/05

Reason for Withdrawal Motion filed by the defendant to have new counsel appointed

Number of Counts 1s-6s

Charge(s) and Cite(s): 18:1343 Wire Fraud

Indictment   X         Information_____       Probation Revocation __

Number of Defendants 1

Judge Code 0849

Special Instructions: CASE REFERRED TO MAGISTRATE JUDGE FOR APPOINTMENT OF COUNSEL.

/s/ George H. Howath
Deputy Clerk

Dated 05/04/05

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**