# KEVIN LAWRENCE BARRON
**ATTORNEY AT LAW**

453 WASHINGTON STREET · 5TH FLOOR
BOSTON, MASSACHUSETTS 02111-1325
TELEPHONE: 617-482-6368
TELECOPIER 617-517-7711
E-MAIL: K@LAWYERBARRON.COM

ADMITTED MA, NY, ME

July 14, 2005

Hon. Morris E. Lasker, USDJ
United States District Court
One Courthouse Way
Boston, MA 02210

RE:     *United States v. James R. Hart*
        Docket No. 1:04-cr-10119-MEL

Dear Judge Lasker:

This letter responds to your office's call concerning defendant's May 5, 2005 motions for discovery and a bill of particulars.

The defense agrees to withdraw these motions without prejudice.  AUSA Berman has agreed to provide counsel access to inspect all defendant's business and personal records.

Counsel will then report to Mr. Hart promptly to determine whether discovery motions are warranted.

Sincerely,

/s./ *Kevin L. Barron*

Kevin L. Barron
KB

cc:  AUSA Seth Berman, Esq.