UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

Case No.: 1:04-cr-10119-MEL

UNITED STATES of AMERICA,

v.

JAMES R. HART,
    Defendant.

NOTICE OF CHANGE OF ADDRESS

P L E A S E   T A K E   N O T I C E that, Kevin L. Barron, attorney for defendant, has changed his address and contact information as follows:

USPS Address:

    KEVIN L BARRON
    25 CHANNEL CNTR ST 408
    BOSTON MA 02210-3416

| | |
|---|---|
| Telephone: | 617 737-1555 |
| Mobile: | 617 407-6837 |
| Facsimile: | 617 517-7711 |
| E-mail: | kevin.barron@mac.com |

Dated this 10th day of October, 2006 at Boston, Massachusetts.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron 550712
Attorney for James R. Hart
25 CHANNEL CNTR ST 408
BOSTON MA 02210-3416

CERTIFICATE OF SERVICE

Counsel certifies that he has served AUSA Seth Berman electronically with a true copy of this motion by the CM/ECF of this District today on October 10, 2006. No party requires service by mail.

/s./ *Kevin L. Barron*

1