UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

UNITED STATES of AMERICA,

        Case No.: 1:04-cr-10119-MEL

v.

JAMES R. HART,
    Defendant.

MOTION FOR INTERIM VOUCHER

N O W  C O M E S defendant's attorney, Kevin Barron, and moves the Court, respectfully, for an order allowing counsel to submit an interim CJA20. Counsel's representation of defendant for a year and a half without compensation has been an undue hardship.

    Dated this 29th day of December, 2006 at Boston, Massachusetts.

/s/ *Kevin L. Barron*
Kevin Lawrence Barron 550712
Attorney for James R. Hart
453 Washington Street 5B
Boston, MA 02111-1325
Tel. No. 617-482-6368
Fax: 617-517-7711
Email: k@lawyerbarron.com

CERTIFICATE OF SERVICE

Counsel certifies that he has served AUSA's Seth Berman and Adam Bookbinder electronically with a true copy of this motion by the CM/ECF of this District today on December 29, 2006. No party requires service by mail or other means.

/s/ *Kevin L. Barron*
Kevin Lawrence Barron 550712