UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-cr-10119-MEL |
| ) | |
| JAMES R. HART ) | |

NOTICE OF APPEARANCE FOR
ASSISTANT U.S. ATTORNEY ADAM BOOKBINDER

I will be appearing as counsel for the government in this matter, replacing Seth Berman.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:   /s/ Adam Bookbinder
ADAM J. BOOKBINDER
Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

 /s/ Adam J. Bookbinder
Adam J. Bookbinder

Dated: February 27, 2007