UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

UNITED STATES of AMERICA,

                                        Case No.: 1:04-cr-10119-MEL

     v.

JAMES R. HART,

       Defendant.


MOTION FOR RETURN OF PROPERTY

Now comes defendant, James R. Hart, by his counsel, and moves for return of all property seized in connection with this prosecution.  Said property includes personal property, namely computers, peripherals, books, papers and business records.  The property was seized by Secret Service acting in conjunction with Massachusetts task force law enforcement in 2004 from 900 Cummings Center, Beverly, Massachusetts, from Town Place Suites in Danvers, Massachusetts from storage locations.

Dated this 3rd day of April, 2007 at Boston, Massachusetts.

/s/ *Kevin L. Barron*

Kevin Lawrence Barron 550712
Attorney for James R. Hart
25 CHANNEL CNTR ST 408
BOSTON MA 02210-3416
TEL. No. 617-737-1555
MOBILE 617-4-7-6837
Fax No. 617-517-7711
Email: k@lawyerbarron.com

2

CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s. /*Kevin L. Barron*

Kevin Lawrence Barron 550712