UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                             )
UNITED STATES OF AMERICA     )
                             )
     v.                      )     Case No. 04-cr-10119-MEL
                             )
JAMES R. HART                )
                             )
_____)

GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION TO WAIVE PRESENTENCE REPORT

The government opposes the defendant's request that the Court waive the presentence report.

The government believes that the presentence report is important in this case even though the parties agree on the incarceration portion of the defendant's sentence. The government believes that the defendant owes at least $600,000 in restitution to the victims in this case, but it is not at all clear that the defendant will agree with the restitution amount the government proposes. The PSR will therefore help the Court to impose a proper restitution order.

The government has already submitted its version of the offense conduct to Probation,

and it asks the Court to issue its standard presentence order and schedule the sentencing.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney


      By:   /s/ Adam Bookbinder
          ADAM J. BOOKBINDER
          Assistant U.S. Attorney


### CERTIFICATE OF SERVICE

    I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

          /s/ Adam J. Bookbinder
          Adam J. Bookbinder

Dated: April 17, 2007