UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

UNITED STATES of AMERICA,

        Case No.: 1:04-cr-10119-1 MEL

v.

JAMES R. HART,
    Defendant.

DEFENDANT'S S MOTION FOR NON-GUIDELINES SENTENCE

N O W   C O M E S  defendant, James R. Hart, by counsel, and moves for a non-guidelines sentence pursuant to 18 USC §3553(a)(2) and *United States v. Booker*, 543 U.S. 220 (2005) for all the reasons set forth in defendant's sentencing memorandum.

Dated this 24th day of July, 2007 at Boston, Massachusetts.

/s/ *Kevin L. Barron*
Kevin Lawrence Barron 550712
Attorney for James R. Hart
453 Washington Street 5B
Boston, MA 02111-1325
Tel. No. 617-482-6368
Fax: 617-517-7711
Email: k@lawyerbarron.com

CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Kevin L. Barron*
Kevin Lawrence Barron 550712