# FAX

**Beth Israel Deaconess Medical Center**
330 Brookline Avenue
Division of Gastroenterology
Rabb-Rose 116
Boston, MA 02115
Telephone: 617 667-2138
Fax: 617 667-1171

To: Kevin L Barron Esq
Fax number: 617-517-7711

From: **Anthony Lembo, MD**

Date: 8/29/08

Regarding: James Hart

Phone number for follow-up: **617-667-2138**

Number of pages + cover: 1+1

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Confidential

**Comments:**

The original sent to Judge Lasker

This document is intended only for the use of the person to whom it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution, copying, or use of this document is prohibited. If you have received this transmission in error, please notify us by telephone to arrange for return of the original document to us. Thank you




**J. Thomas LaMont, MD**
*Chief*
617-667-8377

**Z. Myron Falchuk, MD**
*Clinical Director*
617-632-8623

**Eileen M. Joyce**
*Administrative Director*
617-667-5624

**Clinical Faculty**
Nezam H. Afdhal, MD
617-632-1070
Harry T. Anastopoulos, MD
617-632-8623
Michael D. Apstein, MD
617-632-8623
Alphonso Brown, MD
617-667-2141
Adam S. Cheifetz, MD
617-667-2802
Catherine P. Cheney, MD
617-667-1846
Sanjiv Chopra, MD
617-632-1070
Ram Chuttani, MD
617-667-0162
Fax: 617-667-1728
Michael P. Curry, MD
617-632-1070
Richard B. Doyle, MD
617-632-8623
Kenneth R. Falchuk, MD
617-632-8623
Steven Freedman, MD, PhD
617-667-5576
Douglas A. Horst, MD
617-632-8623
Gail Kaufman, MD
617-632-8623
Ciarán P. Kelly, MD
617-667-1272
Daryl Lau, MD
617-632-1070
Gerond Lake Bakaar, MD
617-632-1070
Anthony Lembo, MD
617-667-2138
Daniel Leffler, MD
617-667-1272
Diarmuid Manning, MD
617-632-1070
Seema Maroo, MD
617-667-1088
Alan Moss, MD
617-667-1088
Mark A. Peppercorn, MD
617-667-8926
Douglas K. Pleskow, MD
617-632-8623
James M. Rabb, MD
617-667-1849
Simon C. Robson, MD
617-632-1070
Stanley J. Rosenberg, MD
617-667-2383
Mandeep Sawhney, MD
617-667-3197
Detlef Schuppan, MD, PhD
617-667-2171
Sunil Sheth, MD
617-667-7937
Helen M. Shields, MD
617-667-2109
Jacqueline L. Wolf, MD
617-667-4241

Division of Gastroenterology
Dept. Fax 617-667-2767

Hon. Morris E Lasker USDJ
United States District Court
1 Court House Way
Boston MA 02210

August 29, 2008

RE: James R. Hart
DOB: 10/22/1953

Hon. Morris Lasker:

This letter is to inform interested parties on Mr. James R. Hart's medical condition. Mr. Hart has unfortunately been diagnosed at the Beth Israel Deaconess Medical Center (BIDMC) with inoperable terminal pancreatic cancer. Mr. Hart's pancreatic cancer has extended beyond the pancreas and envelops the splenic artery and the superior mesenteric vein. Because of this the cancer is unresectable and therefore the only treatment options are chemo and radiation therapy. Neither of these treatment options, however, is likely to significantly increase his survival, which is probably in the 3-6 months range.

Mr. Hart is being followed by several specialists at the BIDMC including Dr. Panos Konstantinopoulos from Oncology and Dr. Charles Vollmer from pancreatic surgery.

Should you have any questions, please feel free to contact me at (617) 667-2138.

Sincerely,

Anthony Lembo, MD

AL/jh

330 Brookline Avenue
Boston, MA 02215

(617) 667-7000
www.bidmc.harvard.edu

Affiliated with Joslin Clinic | A research partner of Dana-Farber/Harvard Cancer Center | Official hospital of the Boston Red Sox