# KEVIN LAWRENCE BARRON
## ATTORNEY AT LAW
### 453 WASHINGTON STREET 7 C
### BOSTON, MASSACHUSETTS 02111-1326
### TELEPHONE: 617-737-1555
### TELECOPIER 617-517-7711
### kevin.barron@mac.com

ADMITTED MA, NY, ME

September 2, 2008

Hon. Morris E. Lasker, USDCJ
United States Court House
1 Court House Way
Boston MA 02210

BY ELECTRONIC FILING ONLY

RE:     *United States v. James R. HART*; Case No. 1:04-cr-10119-MEL

Dear Judge Lasker:

AUSA Adam Bookbinder reports that the government does not oppose defendant's motion to terminate probation.  (Doc. 64-1.) Mr. Hart's doctor, Anthony Lembo, MD, has provided his telephone number should you wish to consult him about Mr. Hart's condition. (Doc. 64-2, August 29, 2008 letter to the Court, Ex A, Doc. 64-2).

Sincerely,

s/Kevin L. Barron

Kevin L. Barron
KB